**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**James DOOMS, Defendant–Appellant.**

No. 01–6222.

United States Court of Appeals,
Fourth Circuit.

Submitted July 20, 2001.

Decided Aug. 1, 2001.

James Lorenzo Dooms, pro se.

Ray B. Fitzgerald, Jr., Office of the United States Attorney, Charlottesville, VA, for appellee.

Before WILKINS, LUTTIG, and WILLIAMS, Circuit Judges.

PER CURIAM.

James Lorenzo Dooms seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal substantially on the reasoning of the district court. See United States v. Dooms, Nos. CR–98–37; CA–00–947–7 (W.D.Va. Dec. 6, 2000); United States v. Sanders, 247 F.3d 139, 142 (4th Cir.2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before

the court and argument would not aid the decisional process.

*DISMISSED.*